*MARRERO, J.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

GARY PEASE, Individually And Derivatively, On Behalf Of LAZARD LTD,

*Plaintiff,*

-v.-

BRUCE WASSERSTEIN, ROBERT CLARK, ELLIS JONES, VERNON JORDAN, ANTHONY ORSATELLI, MICHAEL CASTELLANO, STEVEN GOLUB, CHARLES WARD, WILLIAM LEWIS, GOLDMAN SACHS & CO.,

*Defendants,*

– and –

LAZARD LTD,

*Nominal Defendant.*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-9-05

CIVIL ACTION NO.:
05 CIV. 5785 (VM)
(GWG)

## STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, that Defendants' time to answer, move to dismiss or otherwise respond, shall be extended to the same date by which Defendants must respond to the amended consolidated complaint to be filed in the actions currently captioned as *Miller v. Lazard Ltd et al.* (05-CV-5630), *Amio v. Lazard Ltd et al.* (05-CV-5879), *Old Farm, Inc. v. Lazard Ltd et al.* (05-CV-6111), *Miller v. Lazard Ltd et al.* (05-CV-6398), and *Sved v. Lazard Ltd et al.* (05-CV-6419), direct actions pending in the United States District Court for the Southern District of New York.

In exchange for Plaintiff Pease entering into this Stipulation, the Defendants agree to accept service of the Complaint.

By entering into this Stipulation, Defendants do not waive, and expressly preserve, all arguments and defenses, including with respect to personal jurisdiction.

Dated: New York, New York
July 27, 2005

JOHNSON LAW FIRM, APC

By: _____
Frank J. Johnson (FJ-    )

402 W. Broadway, 27th Floor
San Diego, California 92101
Tel: (619) 230-0063
Fax: (619) 230-1839

*Attorneys for Plaintiffs*

WACHTELL, LIPTON, ROSEN & KATZ

By: _____
Marc Wolinsky (MW-1750)

51 West 52nd Street
New York, New York 10019-6150
Tel: (212) 403-1000
Fax: (212) 403-2000

*Attorneys for Defendants Bruce Wasserstein, Robert Clark, Ellis Jones, Vernon Jordan, Anthony Orsatelli, Michael Castellano, Steven Golub, Charles Ward, and William Lewis, and Nominal Defendant Lazard Ltd*

-2-

CRAVATH, SWAINE & MOORE

By: *[signature]*
Francis P. Barron (FB-6918)

Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
Tel: (212) 474-1000
Fax: (212) 474-3700

*Attorneys for Defendants Goldman Sachs & Co.*

SO ORDERED: *[signature]*

Hon. Victor Marrero, U.S.D.J.

-3-