UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GARY PEASE, Individually And Derivatively, On
Behalf of LAZARD LTD,

                *Plaintiff,*

                -v-

BRUCE WASSERSTEIN, ROBERT CLARK,
ELLIS JONES, VERNON JORDAN, ANTHONY
ORSATELLI, MICHAEL CASTELLANO,
STEVEN GOLUB, CHARLES WARD, WILLIAM
LEWIS, GOLDMAN SACHS & CO.,

                *Defendants.*

     -and-

LAZARD LTD,

                *Nominal Defendant.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CIVIL ACTION NO.:
05 CV 5785 (VM)
(GWG)

NOTICE OF MOTION

**ORIGINAL**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/07

## JOINT NOTICE OF MOTION BY ALL
## PARTIES TO DISMISS COMPLAINT

      PLEASE TAKE NOTICE that, upon the accompanying Affidavit of Lawrence McCabe, all of the parties to this action, by their attorneys Murray, Frank & Sailer, Wachtell, Lipton, Rosen & Katz and Cravath, Swaine & Moore, will move this Court before the Honorable Victor Marrero, United States District Judge, at the United States Courthouse, 40 Centre Street, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Fed. R. Civ. P. 23.1, dismissing plaintiff's complaint without prejudice and without costs.

Returned to chambers for scanning on 3/23/07
Scanned by chambers on _____

Dated: March 19, 2007

MURRAY, FRANK & SAILER LLP

By: _____
Lawrence McCabe (LM-1846)

275 Madison Avenue
New York, New York 10016
Tel: 682-1818

*Attorneys for Plaintiff*

WACHTELL, LIPTON, ROSEN & KATZ

By: _____
Marc Wolinsky (MW-1750)

51 West 52nd Street
New York, New York 10019-6150
Tel: (212) 403-1000
Fax: (212) 403-2000

*Attorneys for the Individual Defendants and Nominal Defendant Lazard Ltd*

CRAVATH, SWAINE & MOORE

By: _____
Francis P. Barron (FB-6918)

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel: (212) 474-1000
Fax: (212) 474-3700

*Attorneys for Goldman Sachs & Co.*

---

Request GRANTED. The Clerk of Court is directed to enter judgment dismissing this complaint herein without prejudice and without costs.

**SO ORDERED:** _____
**DATE** 3-21-07       VICTOR MARRERO, U.S.D.J.

-2-